■ MURRAY MITTLER, as Administrator of the Estate of SHIRLEY MITTLER, Deceased, Appellant, v. JOHN PIERCE, Respondent.— In a negligence action to recover damages for wrongful death, and for conscious pain and suffering, the plaintiff administrator appeals, as limited by his brief, from so much of an order of the Supreme Court, Kings County, dated March 12, 1962, as granted the defendant's motion for leave to serve an amended answer containing a defense based on the contributory negligence of plaintiff's intestate. Order, insofar as appealed from, affirmed, without costs. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARVEY M. ASHLEY, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, dated December 1, 1961, denying his application, without a hearing, to vacate a judgment of said court, rendered November 4, 1960, on his plea of guilty, convicting him of attempted forgery in the second degree, and imposing sentence (see *People* v. *Ashley*, 13 A D 2d 839). Order affirmed. The record contains no *specific allegations of fact* to support defendant's claim that he pleaded guilty by reason of the fraud and trickery of a representative of the District Attorney. The record contains only the bare conclusory allegation to this effect. Such a conclusory allegation is insufficient in law, without some supporting factual detail, to justify the granting of a hearing or any relief in a *coram nobis* proceeding. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELMER BELLACH, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Richmond County, dated April 19, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered December 29, 1950, on his plea of guilty, convicting him of burglary in the third degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELDINE M. CHANCELLOR, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Nassau County, dated March 1, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered January 20, 1950 on his plea of guilty, convicting him of forgery in the second degree and on each count sentencing him, as a prior felony offender, to serve a term of 5 to 10 years, the two terms to be served concurrently. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ESTON FORD, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Court of Special Sessions of the City of New York, County of Queens, dated January 4, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered August 10, 1960 after trial, convicting him (and two codefendants) of violating sections 974 and 975 of the Penal Law relating to the game of policy, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.